UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LAJUAN GRAY** | **CIV. ACTION NO. 3:23-00564** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **J P MORGAN CHASE BANK** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant JP Morgan Chase Bank's motion to dismiss for failure to prosecute [Doc. No. 15] is **GRANTED** and that Plaintiff LaJuan Gray's complaint is hereby **DISMISSED**, in its entirety. FED. R. CIV. P. 37(b) and/or 41(b).

MONROE, Louisiana, this 26th day of April 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE